IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01568-MJW

LISA GUBERUD and ROBERT GUBERUD,

    Plaintiffs,

v.

ZIMMER, INC.,
ZIMMER HOLDINGS, INC., and
ZIMMER US, INC.,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS
( Docket no 10 )

    The defendants Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer US, Inc. ("Zimmer"), filed an Unopposed Motion to Stay All Proceedings Pending Transfer to Multidistrict Proceedings. The Court, having considered the motion and the file in this matter, now GRANTS the motion.

    IT IS HEREBY ORDERED that all further proceedings in this case, including but not limited to, the deadline for Zimmer to answer or otherwise respond to the Complaint, are stayed pending transfer to *In re: Zimmer Durom Hip Cup Products Liability Litigation*, MDL-2158 (the "Durom Cup MDL").

IT IS Hereby Ordered that The Rule 16 Scheduling Conference set on September 10 2015 at 9:30 AM is converted to a Telephone Status Conference. Plaintiff shall set up The Conference Call For The Status Conference. The Phone number For The Court is 303-844-2403

MJW
7-28-15

DONE and ORDERED this 28TH day of July, 2015.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO